**94–2399.** Middleton v. Cuyahoga Cty. Bd. of Revision. Board of Tax Appeals, No. 94–P–158. On March 6, 1995, appellant filed a reply brief pursuant to S.Ct.Prac.R. VI(3). On March 20, 1995, appellant filed a motion to strike the merit brief of *amicus curiae* in support of the position of appellees. It appears to the court that appellant's motion to strike is, in substance, a reply brief and, as such, does not comply with S.Ct.Prac.R. VI(3). Accordingly,

IT IS ORDERED by the court, *sua sponte*, effective March 21, 1995, that appellant's motion to strike be, and hereby is, stricken.

**95–28.** Cleveland City School Dist. Bd. of Edn. v. URS Co. *Cuyahoga County*, No. 64496. On March 13, 1995, appellee/cross-appellant filed a motion for reconsideration of this court's dismissal of the cross-appeal of the Dow Chemical Company. Included as exhibits to the motion were a combined memorandum in response and in support of the cross-appeal and a motion seeking reconsideration of this court's entry striking the combined memorandum. Whereas, the filing of the documents tendered as Exhibits A and B is prohibited by the Rules of Practice of the Supreme Court of Ohio,

IT IS ORDERED by the court that the exhibits be, and hereby are, stricken, effective March 21, 1995.

IT IS FURTHER ORDERED by the court that the motion for reconsideration be, and hereby is, denied.

**95–342.** State v. Reimsnyder. *Erie County*, No. E–93–71. On motion for bail. Motion denied. RESNICK, J., not participating.

**95–448.** State v. Norris. *Stark County*, No. CA–9436. On motion for stay of execution. Motion denied.

**95–580.** State v. Hecker. *Pickaway County*, No. 93–CA–10. Appellant has filed an untimely notice of appeal of the court of appeals' decision denying his application for reopening under App.R. 26(B) and a motion for delayed appeal. This appeal involves a civil, post-conviction matter and not an appeal of a felony case to which the provisions for delayed appeal in S.Ct.Prac.R. II(2)(A)(4) apply. Therefore,

IT IS ORDERED by the court, *sua sponte*, effective March 21, 1995, that the motion for delayed appeal be, and hereby is, stricken.

IT IS FURTHER ORDERED by the court, *sua sponte*, that, in that appellant failed to perfect an appeal pursuant to S.Ct.Prac.R. II(2)(A)(1), this case be, and hereby is, dismissed for lack of jurisdiction.

# DISCIPLINARY DOCKET

**94–2645.** Disciplinary Counsel v. Mbakpuo. On March 20, 1995, respondent filed a reply memorandum relating to respondent's earlier filed motion to vacate. There being no provision in the Supreme Court Rules of Practice permitting the filing of reply memoranda in support of motions,

IT IS ORDERED by the court, *sua sponte*, effective March 21, 1995, that respondent's reply memorandum be, and is hereby, stricken.

# RECONSIDERATION DOCKET

**95–407.** State v. Rives. *Cuyahoga County*, No. 54953. Reported at 71 Ohio St.3d 1484, 646 N.E.2d 179.

IT IS ORDERED by the court that the motion for reconsideration in this case be, and the same is hereby, denied.